UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C.[1], an Individual,<br><br>                Plaintiff,<br><br>                   v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>                Defendant. | Case No.: 2:18-9230 GW (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the Joint Stipulation [Dkt. No. 16], the Report and

---

[1] Plaintiff's name has been partially redacted in compliance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Recommendation of the assigned United States Magistrate Judge dated December 12, 2019 [Dkt. No. 19], Plaintiff's Objections to the Report and Recommendation filed on December 19, 2019 [Dkt. No. 20], the Amended Report and Recommendation of the assigned United States Magistrate Judge dated February 24, 2020 [Dkt. No. 22], and Plaintiff's Objections to the Amended Report and Recommendation filed on March 9, 2020 [Dkt No. 23].  Further, the Court has engaged in a de novo review of those portions of the Amended Report and Recommendation to which objections were filed. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Amended Report and Recommendation, [Dkt. No. 22], is accepted;
2. The case is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATE:  November 18, 2020

*George H. Wu* (signature)

THE HONORABLE GEORGE H. WU
United States District Judge