JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C.[1], an Individual, | Case No.: 2:18-9230 GW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW M. SAUL[2], Commissioner of Social Security, | |
| Defendant. | |

---

[1] Plaintiff's name has been partially redacted in compliance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1       Pursuant to the Court's Order Accepting the Amended Report and
2 Recommendation of the United States Magistrate Judge, IT IS HEREBY ADJUDGED
3 that decision of the Commissioner of Social Security is affirmed and the above-
4 captioned case is dismissed with prejudice.

6 DATE: November 18, 2020

*/s/ George H. Wu*

THE HONORABLE GEORGE H. WU
United States District Judge